UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:10-cr-0171-JMS-DML |
| ADRIENNE BRANSON, | ) ) ) | - 01 |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On April 27, and May 4, 2017, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on March 29, 2017. Defendant Branson appeared in person with his appointed counsel Michael Donahoe and William Dazey. The government appeared by Jeff Preston, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer James Thomas and Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Branson of his rights and ensured he had a copy of the Petition. Defendant Branson orally waived reading of the Petition and his right to a preliminary hearing.

2. After being placed under oath, Defendant Branson admitted violation no. 1 as set forth in the Petition. [Docket No. 43.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."** |

        On March 14, 2017, the Mr. Branson submitted a urine sample which tested positive for cocaine and opiates. He denied using any controlled substances prior to the test. The sample was confirmed by Alere Laboratory as positive for cocaine and opiates.

        As previously reported to the Court, on April 2, 2015, March 17, April 19, and May 20, 2016, the offender tested positive for opiates. On each occasion, he admitted taking prescription opiates he was not prescribed.

4. The government moved to dismiss violation nos. 2 and 3 and the same was granted.

5. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is II.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of six (6) months with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the above-noted conditions in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 18 MAY 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal