UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-cr-00171-JMS-DML |
| ) | |
| ADRIENNE BRANSON (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt. [54] that Adrienne Branson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [54]. The Court finds that Mr. Branson committed Violation Number 1, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [43]. The Court granted violations 2 and 3 dismissed. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Adrienne Branson sentenced to the custody of the Attorney General or his designee for a period of six (6) months imprisonment with no supervised release to follow.

SO ORDERED.

Date: 6/5/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal